UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHSPSC, LLC,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 3:18-CV-01349 |
| | ) |
| **STEWARD HEALTH CARE SYSTEM LLC** | )   JUDGE RICHARDSON |
| | ) |
| | )   MAGISTRATE JUDGE BROWN |
|     **Defendant.** | ) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Steward Health Care System LLC ("Steward") hereby moves the Court to further extend the deadline for Steward to answer or otherwise respond to the complaint in this action from December 28, 2018 (see ECF No. 7) to January 18, 2018. The modest extension requested accounts for the typical communication and scheduling challenges associated with the holiday season. Further, the initial case management conference is currently scheduled for February 6, 2018, and would not need to be rescheduled to accommodate this extension. Counsel for Steward has conferred with counsel for plaintiff CHSPSC, LLC and CHSPSC, LLC does not oppose the motion.

For these reasons, Steward respectfully requests that this motion be granted.

Respectfully submitted,

/s/W. Scott Sims
W. Scott Sims (#17563)
Mark W. Lenihan (#34982)
SIMS|FUNK, PLC
3322 West End Ave., #200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565
ssims@simsfunk.com
mlenihan@simsfunk.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via the Court's CM/ECF system, to John R. Jacobson and David Andrew Curtis, RILEY WARNOCK & JACOBSON, PLC, 1906 West End Ave., Nashville, TN 37203, on this 27th day of December, 2018.

/s/W. Scott Sims