IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHSPSC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:18-cv-1349 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| STEWARD HEALTH CARE SYSTEM, LLC, | ) ) ) | |
| Defendant. | | |

**ORDER**

Defendant has filed an Unopposed Motion to Withdraw Notice of Removal (Doc. No. 10), asking the Court to remand this action to the Williamson County, Tennessee Chancery Court, from which it was removed. Defendant represents that it has learned, since removal, that not all parties considered for purposes of diversity jurisdiction (including sub-members of the parties' limited liability companies) are, in fact, diverse.[1] Therefore, Defendant wishes to withdraw its Notice of Removal and have the Court remand the case to state court. Plaintiff does not oppose Defendant's Motion.

Defendant's Motion is **GRANTED**. The Notice of Removal (Doc. No. 1) shall be withdrawn, and this case is **REMANDED** to the Chancery Court for Williamson County, Tennessee. The Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Legal entities other than corporations (such as LLCs, including the parties in this case) have the citizenship of each partner or member for purposes of diversity jurisdiction. *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).